UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ROBYN D. CHAPIRSON, fka, ROBYN D. CULLEY, | Civil No. 3:09-cv-5788-RBL-KLS |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned

case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for a de novo

hearing and further administrative proceedings, including, but not limited to, the following

actions:

- The case shall be directed to a new ALJ who will not rely on evidence not admitted into the record.
- The ALJ shall admit all evidence into the record, provide Plaintiff and her representative an opportunity to review said evidence, and issue a new decision on the issue of disability for the period from February 6, 2004 through December 31, 2007.

New medical evidence, if available, shall be considered on remand.  Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d) upon proper request to this Court.  Pursuant to this stipulation, this matter is remanded to the agency for further proceedings.

DATED this 6th day of July, 2010.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE


Recommended for Entry
this 2nd day of  July, 2010.

s/Karen L. Strombom_____
United States Magistrate Judge



Presented By:

s/ Leisa A. Wolf_____
LEISA A. WOLF, WSB # 23206
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-3621
FAX:  (206) 615-2531
leisa.wolf@ssa.gov