# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBYN D. CULLEY | JUDGMENT IN A CIVIL CASE |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | CASE NUMBER: C09-5788RBL/KLS |

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT


Plaintiff is hereby awarded EAJA fees of $2,43.49 and expenses in the sum of $27.01. Subject to any offset allowed under the Treasury Offset Program as discussed in *Astrue v. Ratliff,* \_ U.S. \_ (2010), payment of this award shall be made via check sent to Eitan Kassel Yanich's address: Law Office of Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA. 98501.


| | |
|---|---|
| October 20, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |