United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBYN D. CULLEY, | ) |
|           Plaintiff, | ) CIVIL NO. C09-5788-RBL-KLS |
| | ) |
| vs. | ) ORDER FOR EAJA COSTS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|           Defendant. | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Amended Motion to Award EAJA Costs, and the Court agreeing that EAJA costs should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA costs in the sum of $350.00. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521, 560 U.S. __ (2010), payment of this award shall be made via check sent payable to Plaintiff's attorney, Eitan Kassel Yanich.

DATED this 14th day of September, 2011.

ORDER FOR EAJA COSTS [C09-5788-RBL-KLS] - 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

*signature*
RONALD B. LEIGHTON
United States District Judge

Presented by:

S/EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR EAJA COSTS [C09-5788-RBL-KLS]
- 2

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226